ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 30 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 30 2011
CENTRAL DISTRICT OF CALIFORNIA
BY shy          DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EBARIBALDO VEJAR,<br><br>  Petitioner,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Respondents. | Case No. CV 11-9372 PA (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: November 29, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE