ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 3 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 3 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy                         DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

EBARIBALDO VEJAR,

      Petitioner,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-9372 PA (AN)

JUDGMENT

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED:  November 29, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE